*E-Filed 3/31/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIAS REGALADO MURILLO, | No. C 10-0440 RS (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| CALIFORNIA SUPREME COURT, | |
| Respondent. | |

Petitioner Elias Regalado Murillo has filed a petition for writ of habeas corpus to challenge his conviction and sentence from the Sutter County Superior Court. Sutter County lies within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(b). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

DATED: March 31, 2010

RICHARD SEEBORG
United States District Judge

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Elias R. Murillo
V-97520
Arizona State Prison
P. O. Box 6900
Florence, AZ 85132

DATED: 03/31/2010

                                    s/ Chambers Staff
                                    Chambers of Judge Richard Seeborg

* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.